# Court of Appeals
# of the State of Georgia

ATLANTA,___June 14, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A0630.   SENIOR CARE GROUP, INC. v. AUTUMN BREEZE TIC-WALLACE LLC, et al.

Senior Care Group, Inc. appeals the judgment entered following a bench trial, at which, as set forth in the order, "[t]he court heard from multiple witnesses." The notice of appeal states that "[Senior Care Group's counsel] has ordered a transcript of all proceedings," and directs the trial court clerk to "omit nothing from the record." However, no transcript of the bench trial was included in the appellate record.

Because this case was prematurely transmitted to this Court, this case is REMANDED to the trial court for inclusion of the transcript of the bench trial, after which this case may be re-transmitted to this Court for re-docketing.   Upon re-docketing in this Court, briefing by the parties should accord with Court of Appeals Rule 23.[1]



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____06/14/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____, *Clerk.*

---

[1] See generally *Bethelmie v. Heritage Place, LLC*, 325 Ga. App. 655, 656 (2) (754 SE2d 624) (2014) ("It is the duty of the party asserting error to show it by the record. Assertions of evidence in briefs or enumerations of error cannot satisfy this duty.") (citations and punctuation omitted); *Goodson v. Pointer*, 318 Ga. App. 308, 310, n. 10 (733 SE2d 829) (2012) ("[I]t is the primary responsibility of the appropriate parties and not this court to ensure that all documents relevant to the disposition of an appeal be duly filed with the clerk of this court prior to the issuance of our appellate decision.") (citation and punctuation omitted).